IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cr-40034-SMY |
| | ) |
| LORENZO M. MOLINA, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Lorenzo M. Molina pleaded guilty to one count of conspiracy to knowingly and intentionally distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 and one count of knowingly and intentionally distributing a mixture or substance containing methamphetamine in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 135 months imprisonment on May 25, 2017 (Doc. 110). Now pending before the Court is Molina's *pro se* motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (Doc. 143). The Government has responded in opposition (Doc. 147).

Pursuant to 18 U.S.C. § 3582(c)(2), the Court may reduce a defendant's previously imposed sentence if "[the] defendant...has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." A sentence reduction under § 3582(c)(2) must satisfy two criteria: (1) the Sentencing Commission must have lowered the applicable guideline sentencing range, and (2) the reduction must be consistent with applicable policy statements issued by the Sentencing Commission.

Here, the first § 3582(c) criterion is not met because Molina was not sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the

Sentencing Commission. Molina's relevant conduct in the PSR was 27.2 kilograms (60 pounds) of methamphetamine in the form of methamphetamine Ice (*see* Doc. 99, ¶ 23). This resulted in a base offense level of 38 pursuant to U.S.S.G. §2D1.1(c)(1) (4.5 kilograms or more of "Ice")[1]. That base offense level, and therefore the sentencing guideline, has not been lowered since Molina was sentenced. *See* U.S.S.G. 2D1.1.

Accordingly, Molina's Motion to Reduce (Doc. 143) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 1, 2022**

**STACI M. YANDLE**
**United States District Judge**

---

[1] Molina received a 2-level reduction for a safety valve and a 3-level reduction for acceptance of responsibility resulting in an advisory guideline range of 135 to 168 months. He was sentenced on the low end of the range.